IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYAN BIRDINE, )<br>)<br>Defendant. ) | Case No. 8:05CR329 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Detention Hearing, filing 8, from September 29, 2005, for approximately one week. The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's detention hearing shall be continued until October 5, 2005, at 2:00 p.m. The defendant is ordered to appear at said time.

Dated this 28th day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge