IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  8:05CR329 |
| | ) | |
| RYAN BIRDINE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's oral motion to continue his detention hearing from October 5, 2005, at 4:00 p.m., until October 12, 2005, at 2:00 p.m. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's detention hearing shall be continued until October 12, 2005, at 2:00 p.m.  The defendant is ordered to appear at said time.

Dated this 5th day of October, 2005.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge