IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR329 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN T. BIRDINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the defendant's oral motion to enter a change of plea and request for hearing,

IT IS ORDERED,

1.   Defendant's change of plea hearing is scheduled before the undersigned on November 1, 2005 at 3:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 12th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge