IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR329 |
| V. | ) | |
| RYAN T. BIRDINE, | ) | ORDER |
| Defendant. | ) | |

Today I held a status conference with counsel and the Probation Officer. Mr. Birdine's state case is scheduled for trial on September 20, 2010. With that in mind,

IT IS ORDERED that a telephone status conference is scheduled for September 29, 2010, at 12:00 noon. My chambers will initiate the telephone call.

DATED this 22nd day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge